■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE J. SOLANO, Appellant. [859 NYS2d 890]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered June 22, 2005. The judgment convicted defendant, upon his plea of guilty, of possessing a sexual performance by a child (65 counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAHWAN TRAMMELL, Appellant. [859 NYS2d 890]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered July 19, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.